against Edward Hudnall. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with the terms stated in order. Order filed. See, also, infra.

HUDNALL v. HUDNALL. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Appeal from Special Term, New York County. Action by Florence B. Hudnall against Edward Hudnall. From the judgment, defendant appeals. Modified and affirmed. See, also, 130 N. Y. Supp. 1115. John Macgregor, for appellant. Charles S. Simpkins, for respondent.

PER CURIAM. The allowance of counsel fee after the services were performed was unjustifiable by any provision of the Code of Civil Procedure, and therefore the judgment should be modified, by striking out the counsel fee, and, as modified, affirmed, without costs.

DOWLING, J., dissents, in so far as the judgment below is affirmed.

In re HUGHES. (Supreme Court, Appellate Division, First Department. June 23, 1911.) In the matter of Clara H. Hughes, as executrix, etc. No opinion. Motion denied, without costs.

In re IGOE. (Supreme Court, Appellate Division, Second Department. June 28, 1911.) In the matter of the application of James J. Igoe for admission to the bar. No opinion. Application granted.

In re JAFFE. (Supreme Court, Appellate Division, First Department. June 23, 1911.) In the matter of Benjamin Jaffe, an attorney. No opinion. Reference ordered. Settle order on notice.

JARVIS–PAYNE CO., Respondent, v. ROBINSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by the Jarvis-Payne Company against Norman R. Robinson. No opinion. Judgment and order affirmed, with costs.

JOHNSON, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by Thomas M. Johnson against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

JOHNSON, Appellant, v. WHITE, Respondent. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by William O. Johnson against Archibald S. White. J. P. Cotton, Jr., for appellant. C. E. Thorn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re JONES. (Supreme Court, Appellate Division, Second Department. June 16, 1911.) In the matter of the application of Charles S. Jones for admision to the bar. No opinion. Inasmuch as the application was first made in the

First department of this court, and denied, this application, being upon similar papers, is denied.

In re JONES. (Supreme Court, Appellate Division, Second Department. June 28, 1911.) In the matter of the application of Charles S. Jones for admission to the bar. No opinion. Application granted. See, also, supra.

JOSLYN v. EMPIRE STATE DEGREE OF HONOR. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) Action by Myrtie A. Joslyn against the Empire State Degree of Honor. No opinion. Motion granted, and question certified as follows: Does the complaint state facts sufficient to constitute a cause of action? See, also, 129 N. Y. Supp. 563.

KAMINSKY v. NEW YORK CITY RY. CO. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Riva Kaminsky, as administratrix, against the New York City Railway Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

KAMMERER et al., Respondents, v. PANITZ et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) Action by Robert L. Kammerer and another against Jacob Panitz and another. No opinion. Judgment affirmed, with costs.

KAVADA, Respondent, v. MORGAN, Appellant. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Joseph Kavada against Henry A. Morgan. H. F. Cochrane, for appellant. P. Jones, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KELLY LUMBER CO., Respondent, v. OTSELIC VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) Action by the Kelly Lumber Company against the Otselic Valley Railroad Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

KELLOGG, J., not voting.

KENNEDY v. WANAMAKER. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Patrick Kennedy against John Wanamaker, New York. No opinion. Motion denied, with $10 costs. Order filed. See, also, 129 N. Y. Supp. 1053.

KIMMERLE, Respondent, v. CAREY PRINTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1911.) Action by George Kimmerle against the Carey Printing Company. No opinion. Motion denied. See, also, 129 N. Y. Supp. 572.

KING, Respondent, v. BISSELL, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Edith L.